PROB 12C
(6/16)

Report Date: April 26, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Janette Qawasmi                    Case Number: 0980 2:23CR00016-MKD-1

Address of Offender: ███████████████  Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Anthony J Battaglia, US Districte Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 29, 2022

Original Offense:     Conspiracy to Provide Contraband to an Inmate in Prison, 18 U.S.C. § 371;
                      Attempt to Provide Contraband in Prison, 18 U.S.C. § 1791 (a)(1)

Original Sentence:    Prison - 264 days;              Type of Supervision: Supervised Release
(September 29, 2022)  TSR - 36 months

Asst. U.S. Attorney:  U.S. Attorneys Office           Date Supervision Commenced: September 29, 2022

Defense Attorney:     Federal Defender Services       Date Supervision Expires: September 28, 2025

## PETITIONING THE COURT

To issue a warrant.

On October 6, 2022, the conditions of supervision were reviewed with Ms. Qawasmi. She signed her judgment acknowledging and understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2:** Participate in a program of drug and alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay. |
|   | **Supporting Evidence:** It is alleged that Ms. Qawasmi is in violation of her conditions of supervised release by failing to report for random urinalysis testing at Pioneer Human Services as instructed on March 27, 2023. |
|   | On March 27, 2023, Ms. Qawasmi failed to report to Pioneer Human Services (PHS) for the purpose of random urinalysis testing. She was contacted and instructed to report to the United States Probation Office on March 28, 2023. |

Prob12C
Re: Qawasmi, Janette
April 26, 2023
Page 2

2    **Mandatory Condition #3**: The defendant must not illegally possess a controlled substance. The defendant must remain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by the court.

**Supporting Evidence**: It is alleged that Janette Qawasmi violated the terms of her supervised release by consuming the following controlled substances; fentanyl, methamphetamine, and percocet (without a valid prescription) on or about March 26 and 29, 2023.

On March 28, 2023, Ms. Qawasmi reported to the United States Probation Office as instructed. She submitted to a random urinalysis, which returned presumptive positive for methamphetamine, cocaine, oxycodone and fentanyl. She admitted using methamphetamine, fentanyl, and percocet, without a valid prescription, on March 26, 2023, and signed an admission form. She denied consuming cocaine which later returned negative from the contract laboratory.

On March 29, 2023, Ms. Qawasmi submitted to a random urinalysis, which returned presumptive positive for cocaine and fentanyl; she denied any use since March 26, 2023. The specimen was confirmed positive for fentanyl from the contract lab on April 10, 2023.

Due to Ms. Qawasmi's admission of consuming several substances and continued positive urinalysis, the undersigned officer advised that she needed to call the Crisis Stabilization Unit at Pioneer Human Services to secure a detox bed. She declined and stated she did not need any help. Later that day, Ms. Qawasmi did call the Crisis Stabilization Unit and due to her admission of her last drug use being March 26, 2023, she was not admitted.

3    **Mandatory Condition #3**: The defendant must not illegally possess a controlled substance. The defendant must remain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by the court.

**Supporting Evidence**: It is alleged that Janette Qawasmi violated the terms of her supervised release by consuming a controlled substance, fentanyl, on or about April 4, 2023.

On April 4, 2023, Ms. Qawasmi reported to the United States Probation Office as instructed. She submitted to a random urinalysis, which returned presumptive positive for fentanyl. She denies any use since March 26, 2023. The urinalysis was sent to the lab for confirmation and was confirmed positive for fentanyl on April 10, 2023.

4    **Mandatory Condition #3**: The defendant must not illegally possess a controlled substance. The defendant must remain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court. Testing requirements will not

Prob12C
Re: Qawasmi, Janette
April 26, 2023
Page 3

exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by the court.

**Supporting Evidence**: It is alleged that Janette Qawasmi violated the terms of her supervised release by consuming a controlled substance, fentanyl, on or about April 12, 2023.

On April 12, 2023, Ms. Qawasmi reported to the United States Probation Office as instructed. She submitted to a random urinalysis, which returned presumptive positive for fentanyl. She adamantly denies any use since March 26, 2023. The urinalysis was sent to the lab for confirmation and was confirmed positive for fentanyl on April 20, 2023.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/26/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

M. K. Dimke

Signature of Judicial Officer
4/26/2023
Date