PROB 12C
(6/16)

Report Date: September 26, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2025

SEAN F. McAVOY, CLERK
ECF No 36

Name of Offender: Janette Qawasmi    Case Number: 0980 2:23CR00016-MKD-1

Address of Offender: ███████ ███████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Anthony J Battaglia, US District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 29, 2022

Original Offense:   Conspiracy to Provide Contraband to an Inmate in Prison, 18 U.S.C § 371;
Attempt to Provide Contraband in Prison, 18 U.S.C. § 1791 (a)(1)

Original Sentence:   Prison - 264 days            Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney:   Earl Allan Hicks            Date Supervision Commenced: September 29, 2022

Defense Attorney:   Federal Defenders Office      Date Supervision Expires: September 28, 2025

---

### PETITIONING THE COURT

To issue a warrant.

On October 6, 2022, the conditions of supervision were reviewed with Ms. Qawasmi. She signed her judgment acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Ms. Qawasmi is in violation of her conditions of supervision by being arrested for assault, and obstructing a law enforcement officer.<br><br>The following information was gathered from Spokane County Sheriff Department report number 2025-10137344.<br><br>On September 26, 2025 at approximately 2146 hours, a deputy responded to an assault call at the Extra Space Storage, 16104 East Sprague Avenue, Spokane, Washington.<br><br>The complainant, HW, called and stated that her friend, Janette Dahlin (Janette Qawasmi), punched her in the face and pulled her hair then tried to run her over. During the incident Janette also tried ramming the gate at the location. |

Prob12C
Re: Qawasmi, Janette
September 26, 2025
Page 2

When deputies arrived on scene they saw a white female, later identified as Janette, in the driver's seat of a blue Mustang. The vehicle was behind an electronic locked gate only accessible by a code combination. Deputies told Janette to exit the vehicle and speak with them.

Janette exited the vehicle and approached the gate. Janette was very excited and displayed very erratic behavior. She was pacing and was very hard to understand or put any type of story together while talking to deputies. While trying to talk to Janette and get a statement and her name, she attempted to get in her vehicle and deputies told her not to get back in her car and come speak with them. She came back to the gate and was still exhibiting erratic behavior. The deputy tried to get the code for the locked gate to be able to get to Janette and speak with her. At that time, she was told that she was detained and not free to leave.

The deputy then spoke with the victim who walked up on scene from around the corner. She said that she and Janette were at the storage unit to get some clothes for Janette. As soon as the clothes were gathered and the victim reached back into the vehicle to grab the key to lock the storage unit, Janette drove off and then stopped knocking the victim over in the process. The victim got up and got back into Janette's vehicle and tried to talk/reason with her. Janette became angry and then punched the victim in the face on the nose. Janette then continued to attack her by grabbing her hair and slamming her face into the front dash of the vehicle, leaving a mark on her nose. The victim then ran around the storage property to get away from Janette and called law enforcement. The victim's nose had fresh blood and was swollen, consistent with her statement. Photos were taken for evidence.

As deputies continued to try and talk with Janette, she walked back to the driver's side of her vehicle and got in, shutting the door. Janette then proceeded to put the vehicle in reverse and drove backwards approximately 60 feet from the gate. She then proceeded to accelerate forward and almost hit the gate slamming on her brakes and stopping just before impact. One deputy believed Janette had intentions of ramming the gate and into the patrol vehicles. Deputies ran out of the path of Janette's travel and the gate and gave multiple commands to exit the vehicle, and she would not. Other deputies were then called to assist in the rapidly unfolding situation.

As other deputies arrived on scene, they gave voice commands to Janette telling her she was under arrest and needed to exit the vehicle or force may be used against her. Janette did not exit the vehicle.  The gate would still not open for deputies, so the deputies cut the lock off the pedestrian gate located next to the main gate to gain access. Deputies then manually opened the main vehicle gate from the other side. Deputies then pinned Janette's vehicle with theirs and started giving commands to exit the vehicle over a PA system.

Officers had also heard that she could possibly be armed with a pistol like weapon that shoots out steels balls.

It was determined to take away Janette's ability to drive by, blocking her vehicle in with patrol cars. After about 15 minutes of commands through the PA system, and trying to get her to surrender peacefully, the deputies approached the vehicle, breached the window, and inserted OC spray.

Prob12C
Re: Qawasmi, Janette
September 26, 2025
Page 3

It was unknown if Janette was armed, the victim stated she was armed with a gun like object that was loaded with steel bearings. Janette gave no indication that she was complying with commands and refused to exit her vehicle. She was advised that she was under arrest and if she exited the vehicle and followed commands, no force would be used against her. She failed to exit the vehicle. At that time, deputies deployed OC spray into the vehicle.

After the OC spray was sent into the vehicle, deputies could hear Janette yelling from inside the vehicle as they pulled back to their positions.

Janette exited the vehicle and was yelling on the ground. She was detained. It should be noted that after Janette's arrest, a deputy could see drug paraphernalia next to the driver's side seat.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:　September 26, 2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]　No Action
[X]　The Issuance of a Warrant
[ ]　The Issuance of a Summons
[ ]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　Defendant to appear before the Judge assigned to the case.
[ ]　Defendant to appear before the Magistrate Judge.

*M. K. Dimke*

Signature of Judicial Officer

September 26, 2025

Date