PROB 12C
(6/16)

Report Date: December 17, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Janette Qawasmi | Case Number: 0980 2:23CR00016-MKD-1 |

Address of Offender: ▮▮▮▮▮▮▮▮, Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Anthony J. Battaglia, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 29, 2022

| | | |
|---|---|---|
| Original Offense: | Count 1: Conspiracy to Provide Contraband to an Inmate in Prison, 18 U.S.C. § 371 | |
| | Count 4: Attempt to Provide Contraband in Prison, 18 U.S.C. § 1791 (a)(1) | |
| Original Sentence: | Prison - 264 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (11/24/2025) | Prison- 3 months TSR- 12 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: December 2, 2025 |
| Defense Attorney: | Adrian Fox | Date Supervision Expires: December 1, 2026 |

### PETITIONING THE COURT

To issue a warrant

On December 11, 2025, the conditions of supervision were reviewed with Ms. Qawasmi. She signed her judgment acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Janette Qawasmi violated special condition number 4 by consuming the following controlled substances; fentanyl, methamphetamine, amphetamine, cocaine, suboxone, and methadone on or about December 10, and 11. |
| | On December 10, 2025, at approximately 12 p.m., the undersigned conducted a random home visit. Ms. Qawasmi was just getting out of bed. She provided the undersigned with a |

Prob12C
**Re: Qawasmi, Janette**
**December 17, 2025**
**Page 2**

guided tour of the residence. During the tour of one of the outdoor structures, there was a very obvious smell of marijuana. The undersigned asked Ms. Qawasmi what she would test positive for if she took a drug test, to which she replied "just cocaine." The officer asked why her shed smells like marijuana? She stated "my sister smoked marijuana in there." It should be noted her sister does not live with her. The offender submitted a urinalysis, which returned presumptive positive for fentanyl, methamphetamine, amphetamine, cocaine, suboxone, and methadone. She denied all substances except for cocaine. Since Ms. Qawasmi provided a very limited amount of urine for the urinalysis, the undersigned instructed her to report to the U.S. Probation Office later this same date, around 3 p.m.

Ms. Qawasmi reported to the probation office as instructed. She submitted a urinalysis, which returned presumptive for fentanyl, methamphetamine, amphetamine, cocaine, suboxone, and methadone. She signed an admission form for cocaine stating her last use was on December 7, 2025. The sample was sent to the lab for confirmation. When she was being questioned about what controlled substances she consumed, she responded "cocaine, it was not that much." The undersigned reviewed her conditions of supervision with her, specifically the condition regarding not to consume controlled substances.

On December 11, 2025, Ms. Qawasmi reported to the probation office for her intake. She submitted a urinalysis, which returned presumptive positive for fentanyl, methamphetamine, amphetamine, cocaine, suboxone, and methadone. After questioning her again if she had consumed these controlled substances, she advised that she had consumed cocaine and methadone. The officer asked why she did not admit that the previous day, December 10, and she responded "I took methadone when I could not find my suboxone." The officer advised that she has been testing positive every time for suboxone as well, to which she replied "I took the methadone before I found my suboxone and then I found the suboxone."

The offender signed an admission form for consuming cocaine stating her last use was three separate times on December 7, 2025, and methadone on December 8, 2025. The sample was sent to the lab for confirmation.

On December 17, 2025, the urinalysis submitted on December 10 and 11, 2025 by Ms. Qwasmi, was confirmed by the contract laboratory to be positive for amphetamine, methamphetamine, fentanyl, and cocaine.

Although, in the past Ms. Qawasmi stated she was prescribed adderall and suboxone, she was unable to provide a valid prescription.

2     **Standard Condition # 4**: You must be truthful when answering questions asked by your probation officer.

**Supporting Evidence**  It is alleged that Janette Qawasmi violated standard condition number 4 by not being honest with her drug use when questioned by a U.S. probation officer.

On December 11, 2025, Ms. Qawasmi reported to the U.S. Probation Office for her intake. She submitted a urinalysis, which returned presumptive positive for fentanyl, methamphetamine, amphetamine, cocaine, suboxone, and methadone. After questioning her again if she had consumed these controlled substances, she advised that she had consumed cocaine and methadone. The officer asked why she did not admit that the previous day,

Prob12C
**Re: Qawasmi, Janette**
**December 17, 2025**
**Page 3**

December 10, and she responded "I took methadone when I could not find my suboxone." The officer advised that she has been testing positive every time for suboxone as well and she replied "I took the methadone before I found my suboxone and then I found the suboxone." The officer asked her why she was not honest about this on December 10, 2025, and she did not have a reason.

She signed an admission form for cocaine use stating she last used on December 7, 2025, and consumed methadone on December 8, 2025. The sample was sent to the lab for confirmation.

On December 17, 2025, the urinalysis submitted on December 10 and 11, 2025 by Ms. Qwasmi, was confirmed by the contract laboratory to be positive for amphetamine, methamphetamine, fentanyl, and cocaine. Again, Ms. Qawasmi has not admitted any methamphetamine or fentanyl use.

Although, in the past Ms. Qawasmi stated she was prescribed adderall and suboxone, she was unable to provide a valid prescription.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/17/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

December 18, 2025
Date