PROB 12C
(6/16)

Report Date:  April 10, 2026

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 10, 2026

SEAN F. McAVOY, CLERK

Name of Offender: Janette Qawasmi                Case Number: 0980 2:23CR00016-MKD-1

Address of Offender: ███████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Anthony J. Battaglia, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 29, 2022

| | |
|---|---|
| Original Offense: | Count 1: Conspiracy to Provide Contraband to an Inmate in Prison, 18 U.S.C. § 371 |
| | Count 4: Attempt to Provide Contraband in Prison, 18 U.S.C. § 1791 (a)(1) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 264 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (November 24, 2025) | Prison- 3 months TSR- 12 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: December 2, 2025 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: December 1, 2026 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition with the violations previously reported to the Court in the petition filed on December 18 2025, and **issue a warrant**

On December 11, 2025, the conditions of supervision were reviewed with Ms. Qawasmi. She signed her judgment acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Janette Qawasmi violated special condition number 4, by consuming the following fentanyl, on or about March 30, 2026. |

Prob12C

**Re: Qawasmi, Janette**
**April 10, 2026**
**Page 2**

On March 30, 2026, Janette Qawasmi reported to Pioneer Human Service (PHS) for a random urinalysis that returned presumptive positive for fentanyl. She denied use and signed a denial form. The sample was sent to the lab for confirmation.

On April 5, 2026, the urine sample that was submitted on March 30, 2026 returned positive for fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/10/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

M. K. Dimke

Signature of Judicial Officer

April 10th, 2026

Date