PROB 12C
(6/16)

Report Date:  April 16, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Janette Qawasmi                     Case Number: 0980 2:23CR00016-MKD-1

Address of Offender: ████████████  Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Anthony J. Battaglia, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 29, 2022

| Original Offense: | Count 1: Conspiracy to Provide Contraband to an Inmate in Prison, 18 U.S.C. § 371 Count 4: Attempt to Provide Contraband in Prison, 18 U.S.C. § 1791 (a)(1) |
|---|---|

| Original Sentence: | Prison - 264 days TSR - 36 months | Type of Supervision: Supervised Release |
|---|---|---|
| Revocation Sentence: (November 24, 2025) | Prison- 3 months TSR- 12 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: December 2, 2025 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: December 1, 2026 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition with the violations previously reported to the Court in the petition filed on December 18, 2025, and April 10, 2026.

On December 11, 2025, the conditions of supervision were reviewed with Ms. Qawasmi. She signed her judgment acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  It is alleged that Janette Qawasmi violated special condition number 4, by consuming fentanyl, on or about April 7, and 10, 2026.

On April 7, 2026, Janette Qawasmi reported to Pioneer Human Service (PHS) for a random urinalysis that returned presumptive positive for fentanyl.  She denied use and signed a denial form.  The sample was sent to the lab for confirmation.

Prob12C
**Re: Qawasmi, Janette**
**April 16, 2026**
**Page 2**

On April 13, 2026, the urine sample that was submitted on April 7, 2026, returned positive for fentanyl.

On April 10, 2026, Janette Qawasmi reported to the U.S. Probation Office for a random urinalysis that returned presumptive positive for fentanyl. She denied use and signed a denial form. The sample was sent to the lab for confirmation.

On April 15, 2026, the urine sample that was submitted on April 10, 2026, returned positive for fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/16/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

M. K. Dimke

Signature of Judicial Officer

April 17, 2026

Date